1    **WO**

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                        FOR THE DISTRICT OF ARIZONA

7

8    United States of America,          )
                                          )      CR97-00055-001-PCT-RCB
9              Plaintiff,                 )
                                          )      **ORDER**
10   vs.                                  )
                                          )
11                                        )
                                          )
12   WESLEY WESCOGAME,                    )
                                          )
13             Defendant.                 )
     _____ )

14

15

16         The defendant appeared in court with counsel. The defendant's probable cause hearing

17   and detention hearing were held by defendant through defense counsel.   The Court finds

18   probable cause to believe the defendant violated the terms of his supervised release as alleged

19   in the petition.

20         IT IS ORDERED that the defendant is detained as flight risk and danger, pending

21   further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he

22   is not a flight risk or a danger.

23         DATED this 25th day of March, 2008.

24

25

26   _____
                  Mark E. Aspey
27          United States Magistrate Judge

28